[No. 20426-0-III.   Division Three.   January 21, 2003.]

WILLIAM R. MCNALLY, ET AL., *Respondents*, v. ELIZABETH ZADRA, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 95-2-00339-5, Rebecca M. Baker, J., entered July 11, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 48824-4-I.   Division One.   January 21, 2003.]

IWBC.NET CORPORATION, *Appellant*, v. TECHNOLOGY CONCEPTS, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07103-5, James A. Doerty, J., entered May 8, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 49216-1-I.   Division One.   January 21, 2003.]

IWBC.NET CORPORATION, *Respondent*, v. TECHNOLOGY CONCEPTS, L.L.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-01514-1, James H. Allendoerfer, J., entered September 7, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 49600-0-I.   Division One.   January 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PETER KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07429-4, Richard A. Jones, J., entered November 16, 2001. *Affirmed* by unpublished per curiam opinion.